SEALED

UNSEALED 11/6/14

FILED
OCT 14 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'14 MJ 3504

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. _____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18 U.S.C. 2252(a)(2) - Receipt of Images of Minors Engaged In Sexually Explicit Conduct |
| ANTHONY ACERO (1), RYAN JOHNSON (2), | Title 18 U.S.C. 2252(a)(4)(B) - Possession of Image of Minors Engaging in Sexually Explicit Conduct |
| Defendants. | |

The undersigned Complainant, being duly sworn, states:

Count One

On or about and between January 2010 and December 6, 2012, within the Southern District of California, defendants Anthony Acero and Ryan Johnson did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

<pre>
 1                          Count Two

 2      On or about December 6, 2012, within the Southern District of California,
 3 defendants Anthony Acero and Ryan Johnson, did knowingly possess visual depiction,
 4 that is digital and computer images, using any means or facility of interstate and foreign
 5 commerce and that has been mailed, shipped and transported in and affecting interstate
 6 and foreign commerce, and which contains materials which have been mailed, shipped
 7 and transported in interstate and foreign commerce, by any means including by
 8 computer, the production of which involved the use of a minor engaging in sexually
 9 explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which
10 visual depictions were of such conduct; in violation of Title 18, United States Code,
11 Section 2252(a)(4)(B).

12

13

14      And the complainant states that this complaint is based on the attached Statement
15 of Facts incorporated herein by reference.

16
                                            _____
17                                          Det. Susan Righthouse
                                            Special Deputy USMS
18

19 Sworn to me and subscribed in my presence this _14_ day of October, 2014.

20
                                            _____
21                                          UNITED    STATES    MAGISTRATE
                                            JUDGE
22

23

24

25

26

27

28                                          2
</pre>

1   On December 6, 2012, San Diego Harbor Police Officers Eldred and Brownyard responded to the Vagabond Hotel at 1325 Scott Street, room 119, in San Diego, California. Officer Brownyard discovered a male by the name of Ryan JOHNSON was staying at the Vagabond Hotel and that he had a valid Fourth Waiver. In the hotel was also another male by the name of Anthony ACERO.

When the officers entered the hotel room they found ACERO hiding in the bathroom. JOHNSON told the officers that he'd given ACERO a glass pipe and a plastic bag containing methamphetamine, directing him to destroy or conceal the items before opening the door for police.

Officer Eldred saw a nude image of a 5-7 year old boy, as a screen saver, on JOHNSON's computer (a MacBook pro). Officer Eldred did not attempt to open any additional files on the computer at that time.

Officer Brownyard received a verbal consent from ACERO to search a small cosmetic bag that he was in possession of. In the bag were two (2) hypodermic needles. Officer Brownyard issued a written citation to ACERO, for the violation, and ACERO left the hotel room.

Officer Brownyard located an additional Apple computer, Apple iPad and cell phone; all of which JOHNSON stated were his property. There was an additional HP computer, located in the hotel room. ACERO had stated earlier that it belonged to JOHNSON. JOHNSON said it belonged to ACERO.

The officers arrested JOHNSON and transported him to Harbor Patrol Headquarters for questioning. During a post <u>Miranda</u> interview, JOHNSON stated to the officers that he and ACERO had masturbated in the hotel room while looking at pictures/videos, on the HP computer, of young boys engaged in various sexual acts. JOHNSON stated there were pictures of child pornography on the HP and that while they were masturbating to them, they were talking about their fantasies. JOHNSON

1 said "You will be happy with what you find on that computer, it's not good." The
2 officers looked at JOHNSON's phone which contained messages with ACERO about
3 sex and drug use. At least one of JOHNSON's messages stated he was interested in
4 young guys. Regarding the computer with the screensaver of the nude young boy,
5 JOHNSON said he didn't know how that picture got on the computer.

6 While the officers were speaking with JOHNSON, they received a call from the
7 Vagabond hotel stating a male matching ACERO's description had returned.
8 Additionally, the hotel staff told the officers that they located "contraband" under the
9 bathroom window of room #119. Officer Eldred responded back to the hotel and
10 recovered a glass pipe and a bag containing a clear substance.

11 Approximately 5 minutes later, the officers received yet another call regarding a
12 male that was attempting suicide by cutting himself. Sergeant Felgenhauer located the
13 individual in an adjacent business to the hotel in a bathroom. The individual was
14 identified as ACERO. He was transported to the hospital.

15 I obtained a search warrant (#44194) to begin forensics on the computer devices.
16 Below is the outcome of that forensic examination on the devices that I have identified
17 as belonging to Ryan JOHNSON.

- White Apple Laptop (RCFL #S115522 H115523) – JOHNSON
  This device contains a Mac operating system that was installed on 03/24/12.
  The user names on this device were "franco", "jon", "MacBook" and "me".
  - 16 Child pornography - bondage image files
  - 969 Child pornography image files
  - 5 Child pornography – Sadism and Masochism image files
  - 5 Text files indicating the user as Ryan Johnson
  - 3 Video files which appear to be Johnson

4

- 3 Image files which appear to be Johnson
- Many of the child pornography images and videos on this device were located in the media photo library, browser cache and a "MobileSync/Backup". Unallocated space was checked and discovered to contain several hundred more child pornographic images that were carved. Carved is the process of extracting a collection of data from a larger data set, in this case unallocated space.

- iPhone (RCFL #X-115525) - JOHNSON
    - 12 Child pornography image files
    - 2 Text files indicating the user has an interest in minors
    - 2 Text files indicating the user as Johnson
    - 11 Image files which appear to be Johnson

The search warrant also covered Acero's items. Below is the outcome of that forensic examination on the devices that I have identified as belonging to Anthony ACERO.

- The HP Laptop (identified with RCFL #S115520 H115521).
    - This device contains a Windows XP operating system that was installed on 01/17/10 by the user Anthony Acero. The user name for this device was "hedwig_luvver"
        - 1 Bestiality Video
        - 919 Child Pornography image files
            - 22 Known child pornography image files
        - 137 Child Pornography video files
            - 27 Known child pornography video files

5

- 6 Text files indicating the user as Anthony Acero; to include a tax return, W2 and resume
- 3 Image files that appear to be Acero.
- All child pornography images and videos on this device consisted of active files, not deleted.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.