~~SEALED~~ UNSEALED 11/6/14

FILED OCT 14 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) MAGISTRATE CASE NO.
)
Plaintiff, ) SEALING ORDER
)
v. )
) '14 MJ 3504
RYAN JOHNSON )
ANTHONY ACERO )
)
Defendant. )
_____)

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint, the statement of facts, and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 10/14/14

_____
UNITED STATES MAGISTRATE JUDGE