SEALED

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of California

UNITED STATES OF AMERICA

V.

RYAN JOHNSON

**WARRANT FOR ARREST**

Case Number: '14 MJ 3504

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    RYAN JOHNSON
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

DATE: 11/6/14
ARRESTED BY: Deputy Grimes

charging him or her with (brief description of offense)

18 U.S.C. § 2252(a)(2) Receipt of Images of Minors Engaged in Sexually Explicit Conduct
18 U.S.C. § 2252(a)(4)(B) Possession of Images of Minors Engaged in Sexually Explicit Conduct

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

in violation of Title  18  United States Code, Section(s)  2252(a)(2) and 2252(a)(4)(B)

| | |
|---|---|
| Hon. Bernard G. Skomal | *[signature]* |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 10/14/14     San Diego, CA |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |